# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nina Marie Strickland ,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                              3:12-cv-703
                                              3:07-cr-5-1

USA,

       Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2012 Order.


                                                   Signed: November 14, 2012

                                                   Frank G. Johns, Clerk
                                                   United States District Court